BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781



**FILED**

JAN 1 9 2012

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 11-SW-0438 KJN |
| ) | |
| SEARCH WARRANTS AUTHORIZED ) | |
| FOR THE PREMISES LOCATED AT: ) | |
| ) | ORDER FOR DESTRUCTION OF BULK |
| ) | SHAKE MARIJUANA |
| 6851 FRONT STREET ) | |
| SACRAMENTO, CA ) | |
| ) | |
| _____ ) | |

The United States applied for an order permitting its agents to destroy bulk shake marijuana seized in this matter pursuant to the duly authorized search warrant 11-SW-0438 KJN. Having read and considered the papers filed by the United States, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, the bulk shake marijuana seized

///
///
///
///

1 | during the investigation.  For evidentiary purposes, the bulk
2 | shake marijuana shall be photographed and/or videotaped prior to
3 | destruction.

Dated: January 19, 2012

_____
HONORABLE DALE A. DROZD
U.S. Magistrate Judge